ATTORNEY-GENERAL *v.* CONTINENTAL LIFE INSURANCE COMPANY.— Order affirmed. Opinion by BRADY, J.

LOUIS GUILLAUDEN, *Respondent, v.* COAST WRECKING COMPANY OF NEW YORK, *Appellants.*— Judgment affirmed. Opinion by DAVIS, P. J.

JACOB HEIDINGER, *Respondent, v.* CHARLES F. HINE and another, *Appellants.*— Judgment and order affirmed. Opinion by DANIELS, J.

HENRY BRUNS, *Appellant, v.* THE STEWART MANUFACTURING COMPANY, *Respondents.*— Order modified by striking out of the previous order so much thereof as removed receiver Dick and substituted Nealis in his place, and reversed in so far as it removed Dick and appointed Miller receiver, with costs to appellant, payable out of any fund that may hereafter come to his hands. Opinion by DAVIS, P. J.

THE PEOPLE OF THE STATE OF NEW YORK *v.* THE PEOPLE'S SAVINGS BANK OF THE CITY OF NEW YORK.

THE SAME *v.* THE CENTRAL PARK SAVINGS BANK OF THE CITY OF NEW YORK.— Order granted.

HENRY A. VATABLE and others, *Respondents, v.* THE NEW YORK, LAKE ERIE AND WESTERN RAILROAD COMPANY, *Appellant.*

WILLIAM ALLEN BUTLER, *Respondent, v.* THE SAME, *Appellant.*

FREDERICK W. NEWCOMB, *Respondent, v.* THE SAME, *Appellant.*

BENKENDORFF, *Respondent, v.* THE SAME, *Appellant.*

WILLIAMS, *Respondent, v.* THE SAME, *Appellant.*

MICHAEL ANTONIO RALLI, *Respondent, v.* THE SAME, *Appellant.*

THERESA W. SEABROOK, *Executrix, etc., Respondent, v.* THE SAME *Appellant.*

CHARLES G. FRANCKLYN, *Executor, etc., Respondent, v.* THE SAME, *Appellant.*

CANARD, *Respondent, v.* THE SAME *Appellant.*

SEBASTIAN DE NEUFVILLE, *Respondent, v.* THE SAME, *Appellant.*

ELISHA CARPENTER, *Executor, etc., Respondent, v.* THE SAME, *Appellant.*

ERNEST G. W. WOERZ, *Respondent, v.* THE SAME, *Appellant.*— Judgment affirmed with costs. Opinion *Per Curiam.*

THE PEOPLE OF THE STATE OF NEW YORK *ex rel.* THE SECOND AVENUE RAILROAD IN THE CITY OF NEW YORK *v.* THE BOARD OF COMMISSIONERS OF THE DEPARTMENT OF PUBLIC PARKS OF THE CITY OF NEW YORK, *Respondents.*—Motion to quash the writ of *certiorari* denied, without costs. Proceedings and order of the Board of Commissioners of Public Parks affirmed, with costs.

JOSEPH EMRICH, *Appellant, v.* LUCY E. WHITE, *Respondent.*— Judgment affirmed on opinion of LAWRENCE, J.